```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

```
COURTNEY PARSONS              §
                              §
VS.                           §   ACTION NO. 4:25-CV-597-Y
                              §
TRANSUNION, ET AL.            §
```

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On July 18, 2025, Magistrate Judge Ray issued his proposed findings, conclusions, and recommendation regarding Plaintiff's Motion to Remand (doc. 3). An order issued that same day gave all parties fourteen days thereafter to serve and file with the Court written objections to the proposed findings, conclusions, and recommendation of the magistrate judge. No written objections have been received from either party. See *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), de novo review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that Plaintiff's Motion to Remand (doc. 3) is DENIED.

SIGNED August 7, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE